# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2253
_____

TYRONE MORGAN,

Petitioner,

v.

RICKY D. DIXON, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


April 8, 2026


PER CURIAM.

The Court converts this proceeding to an appeal seeking review of the order denying motion, rendered by the lower tribunal on July 28, 2025, and dismisses the appeal as untimely filed.

ROWE, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tyrone Morgan, pro se, Petitioner.

No appearance for Respondent.